IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

JOSHUA SIMMONS, #14633-078          §

VS.                                      §                CIVIL ACTION NO. 4:12cv130
                                            CRIMINAL ACTION NO. 4:07cr189(1)

UNITED STATES OF AMERICA      §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Amos L. Mazzant.  The Report and Recommendation of the Magistrate Judge, which contains

proposed findings of fact and recommendations for the disposition of such action, has been presented

for consideration, and no objections  having been timely filed, the Court is of the opinion that the

findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and

conclusions of the Court.  It is therefore

**ORDERED** that the motion to vacate, set aside or correct sentence is **DENIED** and the case

is **DISMISSED** with prejudice.  A certificate of appealability is **DENIED**.  It is further

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** on October _____31_____, 2012.

_____

Ron Clark

United States District Judge